UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMERY L.D.,

    Plaintiff,                                    Case No. 24-cv-10713
                                                    Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**, Defendant's Motion for Summary Judgment is **DENIED IN PART**, and this action is **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

                                                        KINIKIA ESSIX
                                                        CLERK OF COURT

                                      By:    s/Holly A. Ryan
                                                        Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 31, 2025
Detroit, Michigan

1